WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-02-00640-001-PHX-FJM |
| Plaintiff, | |
| vs. | |
| William Henry Belt, | **ORDER** |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on the Petition on supervised release were held on April 1, 2008.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.

3    DATED this 2ND day of April, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge